MAY MILLER and
TIMOTHY MILLER                                                    **PLAINTIFFS**


v.                                          CIVIL ACTION NO. 3:14-cv-00443-CRS


COTY, INC. and
COTY US, LLC                                                      **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on two motions. The Defendants, Coty, Inc. and Coty US, LLC, move the Court to enter an order *In Limine* (DN 55). The Plaintiffs, May Miller and Timothy Miller, also move the Court to enter an order *In Limine* (DN 56). The parties timely filed the motions pursuant to the Amended Scheduling Order signed by Magistrate Judge Colin Lindsay (DN 50). However, a trial date not having been scheduled at this time, the Court will administratively remand the motions *in limine*. The Court will consider the motions of the parties after a trial date has been scheduled.

For the reasons stated above, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED that**:

(1) the Defendants' Motion *in Limine* (DN 55) is administratively **REMANDED**; and

(2) the Plaintiffs' Motion *in Limine* (DN 56) is administratively **REMANDED**;


**IT IS SO ORDERED.**

March 21, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**