# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

MAY MILLER and　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
TIMOTHY MILLER

vs.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:14-CV-443-CRS

COTY, INC. and
COTY US, LLC　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## MEMORANDUM OPINION AND ORDER

### I.　Introduction

This matter is before the Court on Plaintiffs' proffer of consumer complaints in compliance with the Court's December 12, 2018 Order (DN 98). DN 116. The Defendants responded to Plaintiffs' proffer of consumer complaints (DN 120), to which Plaintiffs replied (DN 125). Following an extensive review, the Court will allow Plaintiffs to offer some consumer complaints at trial on the grounds that the complaints are "substantially similar" to the injury in this case, while excluding others.

### II.　Background

On December 12, 2018, this Court ruled on a motion *in limine* of Defendants Coty, Inc. and Coty, US, LLC (collectively, "Coty") to exclude evidence concerning prior consumer complaints. In its December 12, 2018 Memorandum Opinion, the Court detailed the Sixth Circuit standard for evaluating the admissibility of consumer complaints:

> As a threshold matter, prior accidents must be 'substantially similar' to the one at issue before they will be admitted into evidence. *Koloda v. General Motors Parts Div., General Motors Corp.*, 716 F.2d 373, 376 (6th Cir. 1983). Substantial similarity means that the accidents must have occurred under similar circumstances or share the same cause. *See Brooks v. Chrysler Corp.*, 786 F.2d 1191, 1195 (D.C. Cir.), *cert denied*, 479 U.S. 853, 107 S.Ct. 185, 93 L.Ed.2d 119 (1986) ("[e]vidence of prior instances is admissible on the issues of the existence of a design defect and

> a defendant's knowledge of that defect only if a plaintiff shows that the incidents 'occurred under circumstances substantially similar to those at issue in the case at bar'") (quoting *McKinnon v. Skil Corp.*, 638 F.2d 270, 277 (1st Cir. 1981)) … The Plaintiff has the burden of proving the substantial similarity between prior accidents and his own. *Lewy v. Remington Arms Co.*, 836 F.2d 1104, 1109 (8th Cir. 1988).

*Rye v. Black & Decker Mfg. Co.*, 889 F.2d 100, 102 (6th Cir. 1989).

In this case, May Miller sustained an injury while using a "Sally Hansen Extra Strength All-Over Body Wax Kit." DN 68, at 1. Specifically, the injury occurred while Timothy Miller was waxing May's pubic area. *Id.* at 2. The injury occurred while Timothy was waxing a section of hair on May's left labia majora. Timothy explained that he applied the wax to May's left labia majora, held the skin taut, and pulled the strip. DN 53, Ex. 1, 16–18. As he pulled the strip, the skin on May's labia majora tore and May started bleeding. *Id.* at 18; DN 53, Ex. 2, 40. Immediately following the injury, May experienced bruising and swelling around the injury site. DN 53, Ex. 2, 42.

Based on the "substantially similar" standard, the Court excluded consumer complaints a) involving an injury with no reference to the consumer's bikini, vaginal, pubic, or genital area; and b) regarding the Sally Hansen Lavender Wax Kit. DN 98. The Court also held that, without more context, it could not rule on the remaining consumer complaints. Accordingly, the Court ordered Plaintiffs to proffer any of the remaining consumer complaints if they wished to introduce the complaints at trial. However, in keeping with the "substantially similar" standard, the Court provided parameters for the remaining consumer complaints. Thus, the Court's December 12, 2018 Order permitted Plaintiffs to proffer prior complaints from (1) the Sally Hansen Extra Strength All-Over Body Wax Kit, which (2) involved an injury (3) associated with the removal of the product from the consumer's bikini, vaginal, pubic, or genital area. *Id.*

**III.    Discussion**

Plaintiffs' proffer contains individual adverse event reports, in addition to a spreadsheet containing thousands of complaints wherein Plaintiffs highlighted the complaints they wish to admit at trial.  Coty has briefed their objections utilizing a table.  The Court finds that method is also appropriate to organize its analysis of the complaints.  The adverse event reports contain the full names of the complainants, while the spreadsheet contains only first names.  The Court will use the complainants' initials instead of the full name to identify the complaint, but will use the first name where only the first name is given.

**A. Consumer Complaints from the Lavender Spa Wax Kit**

Plaintiffs acknowledge the Court's Order precluding introduction of consumer complaints concerning the Lavender Wax Kit.  DN 116.  Plaintiffs state that "Coty insufficiently segregates consumer complaints based on wax types," and Plaintiffs "specifically omitted Lavender Wax complaints which were *unambiguous* based on consumer reference."  *Id.*  (emphasis added).  Purportedly this means Plaintiffs proffered complaints that were *ambiguous* regarding which product the consumer used.

The proffered complaints contain three different Item/UPC codes: 1) "Sally Hansen Spa Wax Hair Removal Kit for Body;" 2) "SH Brazilian Extra Strength Wax Hair Removal Kit for Body;" and 3) "SH Brazilian Extra Strength All-Over Body Wax Kit."  *Compare for example* DN 116-1, at PageID# 1168 *and* DN 116-1, at PageID# 1165 *and* DN 116-1, at PageID# 1192.  Coty objects to admission of any complaint containing the "Sally Hansen Spa Wax Hair Removal Kit for Body" Item/UPC code, asserting that those complaints are from the Lavender Wax Kit and are in violation of the Court's Order.  DN 120, at 2 (citing Exhibit 3).  In Plaintiffs' Reply, Plaintiffs

"[u]pon further evaluation, and based upon the representations made by the Defendants in their Response" withdraw the ambiguously branded "Lavender Wax" complaints. DN 125, at 1–2.

The following complaints were withdrawn[1] by Plaintiffs as being from the Lavender Wax Kit (i.e., a different product) and will be excluded at trial:

| DN 116-1, PageID# | Bates ID | Complainant |
|---|---|---|
| 1168–69 | Coty000306 | C.I. |
| 1170–74 | Coty000301 | J.H. |
| 1175–77 | Coty000298 | N.Z. |
| 1178–80 | Coty000285 | S.B. |
| 1181–82 | Coty000286 | M.H. |
| 1183–84 | Coty000273 | F.I. |
| 1185–86 | Coty000277 | M.W. |
| 1187–88 | Coty000279 | R.K. |
| 1194 | Coty000182 | Faryn |
| 1195 | Coty000183 | Maroulia Jane |

---

[1] In Plaintiffs' Reply, Plaintiffs "reserve the right to revive these consumer complaints at trial pending testimony regarding Defendants' record keeping practices." DN 125, at 1.

| 1195 | Coty000183 | Nancy |
| 1196 | Coty000184 | Mary |
| 1196 | Coty000184 | Christina |
| 1197 | Coty000185 | Melanie |
| 1197 | Coty000185 | Lorene |
| 1198 | Coty000186 | Dorothy |
| 1200 | Coty000188 | Rose |
| 1201 | Coty000189 | Colleen |
| 1201 | Coty000189 | Triscia |
| 1202 | Coty000190 | Susan |
| 1202 | Coty000190 | Mary Jane |
| 1203 | Coty000191 | Name Illegible |
| 1204 | Coty000192 | Colleen |
| 1208 | Coty000196 | Michelly |
| 1208 | Coty000196 | Deb |

| 1209 | Coty000197 | Stephanie |
| 1210 | Coty000198 | Darcy |
| 1212 | Coty000200 | Nazarene |
| 1212 | Coty000200 | Joy |
| 1212 | Coty000200 | Stacy |

**B. Consumer Complaints Referencing Unrelated Injuries**

The injury sustained by May was a tear to her labia. Thus, the Court finds any complaint that merely references bruising, irritated skin, rashes, swelling, or blistering without reference to the skin being torn, lacerated, or ripped is not substantially similar to the injury in this case. Further, complaints that the wax was stuck on the vaginal area are not substantially similar to May's injury. The Court will exclude the following consumer complaints as not being substantially similar:

| **DN 116-1, PageID#** | **Bates ID** | **Complainant** | **Description** |
|---|---|---|---|
| 1190 | Unavailable | Heather | Irritated vaginal area |
| 1192 | Unavailable | Stefanie | Irritated bikini area |
| 1192 | Unavailable | Jo Ann | Bruising on the bikini line |
| 1218 | Coty002 | Krista | Bruised pelvic area |

6

| 1219 | Coty003 | Melissa | Bruised bikini area |
| --- | --- | --- | --- |
| 1220 | Coty004 | Tracie | Irritation and rash on bikini line |
| 1221 | Coty005 | Sandra | Irritation to bikini area |
| 1231 | Coty015 | Marlene | Red and purple marks on bikini area |
| 1232 | Coty016 | Krista | Bruising and blistering on bikini area |
| 1233 | Coty017 | Megan | Rash on bikini area |
| 1239 | Coty023 | Laura | Bruising and oozing skin on bikini area |
| 1252 | Coty036 | Liz | Inflammation and pain to bikini area |
| 1255 | Coty039 | Nita | Bruising to bikini area |
| 1255 | Coty039 | Megan | Wax stuck on vagina |
| 1261 | Coty045 | Mayura | Bruising and irritation to bikini line |
| 1262 | Coty046 | Kathryn | Bruising to bikini line |
| 1262 | Coty046 | Lyn | Black and purple welts to bikini area |
| 1268 | Coty052 | Kathleen | Red mark on bikini line |
| 1274 | Coty058 | Evan[2] | Burns on genitalia |

---

[2] Coty objects to this complaint on that grounds that it concerns an unrelated injury: "burns of what appears to be male genitalia, and thus not vaginal area…" DN 122 at 1. Upon review of the complaint, the Court determines that

| 1276 | Coty060 | Marta | Irritation to bikini line |
| 1278 | Coty062 | Sherry | Bruising to bikini area |
| 1279 | Coty063 | Kristie | Red and irritated bikini area |
| 1285 | Coty069 | Patty | Bruising to bikini area |
| 1293 | Coty077 | Maury | Burning, peeling, and swollen vagina |
| 1298 | Coty082 | Maureen | Bruising to bikini area |
| 1299 | Coty083 | Michal | Marks on bikini area |
| 1304 | Coty088 | Heather | Bruising to bikini line |
| 1305 | Coty089 | Stefanie | Irritated bikini area |
| 1306 | Coty090 | Jo Ann | Bruising to bikini line |
| 1310 | Coty094 | Heather | Irritated vaginal area |

### C. Consumer Complaints with Insufficient Amount of Information

The Court finds that the following consumer complaints, despite referencing bleeding, scarring, or peeling of skin, lack sufficient information to determine substantial similarity. Accordingly, Plaintiffs have failed to satisfy their burden of proving substantial similarity. *See*

---

the complaint involved an injury to female genitalia: "I have a patient in the ER with first degree burns on *her* inner thigh and outside genitalia." DN 116-1, PageID# 1274 (emphasis added). Nevertheless, the complaint will be excluded as referencing an unrelated injury.

*Rye*, 889 F.2d at 102. The Court will exclude the following consumer complaints as not being substantially similar:

| **DN 116-1, PageID#** | **Bates ID** | **Complainant** | **Description** |
|---|---|---|---|
| 1125–28 | Coty000225 | B.G. | "I went to use this wax on my bikini line and I am now bleeding." DN 116-1, PageID# 1125. "On my bikini area, after the wax strip was removed, blood immediately rose to the surface of my skin and a bunch of red spots appeared." *Id.* at 1128. |
| 1143–44 | Coty000230 | M.L. | "Consumer used the product and she says the product has caused scarring on her arms, and bikini area." *Id.* at 1143.[3] |
| 1145–47 | Coty000255 | K.N. | "I have permanent scarring on my skin as a result of applying your product…" *Id.* at 1145. |
| 1193 | Unavailable | Talia | "I have some areas on my bikini area where the top layer of skin has been removed." *Id.* at 1193. |
| 1228 | Coty012 | Rachel | "As I went to take off the strip on one arm it did not take the hair off but it took my skin off instead. I also tried it on my bikini line area thinking it would grab longer hair, and then also on one strip of my leg, all with the same results. The next morning the places I tried to wax all developed into a major rash…" *Id.* at 1228. |
| 1234 | Coty018 | Tracy | "She applied the wax to her bikini area and when she removed the product, some of her skin was removed." *Id.* at 1234. |

---

[3] The Court notes that Defendants did not object to this complaint in Defendants' Response to Plaintiffs' proffer. The Court nevertheless finds that this complaint contains insufficient information to determine substantial similarity and will exclude it accordingly.

| | | | |
|---|---|---|---|
| 1241 | Coty025 | Marina | "The wax peeled off layers of my skin all down my thighs, resulting in red welts that are not subsiding and large, dark bruises along my bikini line." *Id.* at 1241. |
| 1245 | Coty029 | Marie | "Consumer used the product on her bikini area and it removed skin instead of hair…" *Id.* at 1245. |
| 1274 | Coty058 | Bonnie | "I used Sally Hansen All-Over Body Wax Kit on my bikini area and it caused extreme skin excoriation with bleeding and redness. It took 5 days of applying Neosporin and dressings to alleviate the excoriation and pain." *Id.* at 1274 |
| 1274 | Coty058 | Spring | "I used the wax on my pubic area and two days after using it my skin is bruised. The area looks pink and purple. I have scab like sores." *Id.* at 1274. |
| 1277 | Coty061 | Krystle | "I followed your instructions to the t, and trimmed the bikini area 2 days prior…, and not only did it not get all the hair, but I am completely BRUISED and even bleeding in some areas." *Id.* at 1277 (emphasis in original). |
| 1286 | Coty070 | Insanity1972 | "Tried in bikini area and it caused painful blood blisters and terrible bruising." *Id.* at 1286. |
| 1288 | Coty072 | Paula | "Now my bikini line is black, red, purple, all colors, with blisters and blood…" *Id.* at 1288. |
| 1290 | Coty074 | Kamie | "…I noticed that my bikini area and the back of my knees were blistered and bleeding." *Id.* at 1290. |
| 1298 | Coty082 | Joanne | "I used this product about two months ago; while removing the wax it caused bleeding on legs in bikini area." |

**D. Substantially Similar Consumer Complaints**

The Court finds that the following consumer complaints are substantially similar to the injury in this case because the complaints 1) reference torn, ripped, or lacerated skin in the bikini, vaginal, or genital area and 2) are from the use of the Sally Hansen Extra Strength All-Over Body Wax Kit. Accordingly, the Court will allow Plaintiffs to offer the following consumer complaints at trial:

| DN 116-1, PageID# | Bates ID | Complainant | Description |
|---|---|---|---|
| 1129–32 | Coty000251 | C.G. | Ripped skin; one inch cut on labia |
| 1133–36 | Coty000247 | A.S. | Skin tear on bikini area |
| 1137–42 | Coty000232 | B.H. | Skin removal from clitoris; received fourteen stiches |
| 1148–50 | Coty000265 | R.W. | Ripped skin on bikini area; bleeding |
| 1151–52 | Coty000268 | K.M | Cut on bikini area; bleeding |
| 1153–57 | Coty000258 | S.D. | Torn labia |
| 1158–61 | Unavailable | May Miller (Plaintiff) | Tearing of the vaginal area; sixteen stiches |
| 1162–64 | Coty000270 | C.N. | Ripped skin on bikini area |
| 1165–67 | Coty000222 | A.M. | Four stitches on labia |
| 1222 | Coty006 | Patricia | Torn skin on bikini area |

## E. Duplicates

Coty objects to a number of the proffered consumer complaints on the grounds that the complaints are duplicate complaints (complaints by the same individual and involving the same incident). Where the original was not excluded *supra*, the Court agrees with Coty that the duplicate should be excluded to avoid jury confusion. Where the original was excluded *supra*, the duplicate will likewise be excluded. These complaints are addressed as follows:

| **DN 116-1, PageID#** | **Bates ID** | **Complainant** | **Ruling** |
|---|---|---|---|
| 1220 | Coty 004 | Aarin | Excluded as duplicate of DN 116-1, at 1165–67. |
| 1225 | Coty009 | Keiko | Excluded as duplicate of DN 116-1, at 1151–52. |
| 1226 | Coty010 | Marian | Duplicate of DN 116-1, at 1143–44. The original was excluded under subsection C for not being substantially similar. The duplicate will likewise be excluded. |
| 1232 | Coty016 | Krista | Coty objects on the grounds that this complaint is a duplicate of DN 116-1, at 1218. The Court, however, determines that these complaints are not the same because the incidents are described differently, and the consumer locations are different. Regardless, the Court excluded this "duplicate" complaint in subsection B for not being substantially similar. |
| 1238 | Coty022 | Brittany | Excluded as duplicate of DN 116-1, at 1137–42. |
| 1260 | Coty044 | Amanda | Excluded as duplicate of DN 116-1, at 1133–36. |

| | | | |
|---|---|---|---|
| 1264 | Coty048 | Rina | Excluded as duplicate of DN 116-1, at 1148–50. |
| 1281 | Coty065 | Chao | Excluded as duplicate of DN 116-1, at 1129–32. |
| 1291 | Coty075 | May Miller (Plaintiff) | Excluded as duplicate DN 116-1, at 1158–61. |
| 1299 | Coty083 | Sara | Excluded as duplicate of DN 116-1, at 1153–57. |
| 1304 | Coty088 | Heather | Coty objects on the grounds that this complaint is a duplicate of DN 116-1, at 1190. The Court, however, determines that these complaints are not the same because the incidents are described differently, and were submitted on different dates. Regardless, the Court excluded this "duplicate" complaint in subsection B for not being substantially similar. |
| 1305–06 | Coty089 | Jo Ann | Duplicate of DN 116-1, at 1192. The original was excluded under subsection B for not being substantially similar. The duplicate will likewise be excluded. |
| 1307 | Coty091 | Talia | Duplicate of DN 116-1, at 1193. The original was excluded under subsection B for not being substantially similar. The duplicate will likewise be excluded. |

### IV.  Order

On December 12, 2018, the Court granted in part and denied in part Defendants' motion *in limine* to exclude consumer complaints. DN 98. The Court ordered Plaintiffs to proffer the consumer complaints Plaintiffs wished to introduce at trial. *Id.* For the reasons set forth above, and the Court being otherwise sufficiently advised, the Court further **ORDERS**:

1) Subject to a ruling on foundation at trial, the Plaintiffs may offer the following complaints:

| DN 116-1, PageID# | Bates ID | Complainant | Description |
|---|---|---|---|
| 1129–32 | Coty000251 | C.G. | Ripped skin; one inch cut on labia |
| 1133–36 | Coty000247 | A.S. | Skin tear on bikini area |
| 1137–42 | Coty000232 | B.H. | Skin removal from clitoris; received fourteen stiches |
| 1148–50 | Coty000265 | R.W. | Ripped skin on bikini area; bleeding |
| 1151–52 | Coty000268 | K.M | Cut on bikini area; bleeding |
| 1153–57 | Coty000258 | S.D. | Torn labia |
| 1158–61 | Unavailable | May Miller (Plaintiff) | Tearing of the vaginal area; sixteen stiches |
| 1162–64 | Coty000270 | C.N. | Ripped skin on bikini area |
| 1165–67 | Coty000222 | A.M. | Four stitches on labia |
| 1222 | Coty006 | Patricia | Torn skin on bikini area |

2) The remaining consumer complaints are excluded.

**IT IS SO ORDERED.**

February 20, 2019

Charles R. Simpson III, Senior Judge
United States District Court